IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK WINGER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No.   19-cv-474-RJD |
| | ) |
| MOHAMMED SIDDIQQUI, et al., | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

**DALY, Magistrate Judge:**

    Plaintiff Mark Winger, an inmate in the custody of the Illinois Department of Corrections ("IDOC"), filed this lawsuit pursuant to 42 U.S.C. § 1983 alleging his constitutional rights were violated while he was incarcerated at Menard Correctional Center. Following motions on summary judgment, Plaintiff proceeds on the following claims:

> Count One:   Sgt. Harris, Nurse Lang, and Dr. Siddiqui used, authorized, or condoned the use of excessive force against Plaintiff related to the cuffing of Plaintiff behind his back on March 23, 2017 in violation of the Eighth Amendment.
>
> Count Two:   Sgt. Harris and Nurse Lang committed assault and/or battery against Plaintiff on March 23, 2017 in violation of Illinois state law related to the cuffing of Plaintiff behind his back.

    Plaintiff alleges that due to this cuffing incident on March 23, 2017, his right shoulder pain was exacerbated, and he has lost considerable range of motion in his right arm. Discovery closed on October 28, 2021, and dispositive motions have been filed and an order on the same has been issued. This matter is set for a settlement conference on July 27, 2023.

    On June 29, 2023, Plaintiff filed a Motion to Reopen Discovery for Sole Purpose to Introduce Results of MRI (Doc. 142) that is now before the Court. Defendant Siddiqui responded

on July 12, 2023 (Doc. 148).

In his motion, Plaintiff explains he underwent an MRI of his right shoulder on June 17, 2023 and was "read the results" of the same on June 23, 2023.  Plaintiff asserts the results indicated "massive scarring" to his right shoulder and contends this is relevant to his claims.  Plaintiff further asserts his requests for a copy of the MRI was denied or ignored and asks that discovery be reopened for the limited purpose of providing him a copy of his June 17, 2023 MRI report.

Defendant Siddiqui objects to Plaintiff's request, citing the close of discovery and asserting that allowing the requested relief will cause him to be prejudiced.   In support of this contention, Siddiqui asserts Plaintiff has not explained how this MRI report will show that any present injury is related to the alleged incident that occurred in March 2017.   Siddiqui also argues Plaintiff has not proffered any medical professional who will opine as to the cause of the injury and how it relates to the claims in this matter.

While the Court agrees with Dr. Siddiqui that there remain questions as to how and whether the June 2023 MRI could be used to evidence any injury related to the alleged March 2017 incident, it appears relevant under Federal Rule of Civil Procedure 26.   Indeed, Plaintiff asserts the MRI was of his right shoulder, which is the same body part Plaintiff alleges was injured in March 2017.  However, the Court is not inclined to "reopen discovery" to ensure Plaintiff receives a copy of the same.   The Court finds this MRI must be produced to Plaintiff under Rule 26(e), which requires that disclosures made under Rule 26(a) be supplemented in a timely manner if the disclosure is incomplete or incorrect "in some material respect."  Here, it appears the MRI is relevant and material to the initial disclosures required under the Initial Scheduling and Discovery Order (*see* Doc. 28, at 2) — specifically, relevant medical records.   As such, the Court **ORDERS** Defendants

to produce the June 2023 MRI report to Plaintiff by **July 24, 2023**.   The Court reiterates that it is not reponing discovery.   The Court also notes that this decision has no bearing on whether this MRI report may be introduced at trial or any other proceeding in this case.

Plaintiff's Motion to Reopen Discovery for Sole Purpose to Introduce Results of MRI (Doc. 142) is **DENIED** insofar as Plaintiff seeks to reopen discovery and **GRANTED** only insofar as Plaintiff seeks production of a copy of his June 2023 MRI results concerning his right shoulder.

**IT IS SO ORDERED.**

**DATED: July 14, 2023**

*s/  Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**