IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARK WINGER, K97120** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No.   19-cv-474-RJD |
| | ) |
| **MOHAMMED SIDDIQUI, M.D., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

**DALY, Magistrate Judge:**

Pursuant to the Court's October 23, 2023 Order, Plaintiff's recently recruited counsel filed a Motion for Leave to conduct specific, limited discovery necessary to prepare for trial. Doc. 155. For good cause shown, Plaintiff is granted leave to request the following documents from Defendants:

1. All documents related to Grievance 83-5-17 (the March 23, 2017 incident), including all documents and statements that the Administrative Review Board relied on in reaching the conclusion that Nurse Lang's and Sgt. Harris' misconduct could not be substantiated.

2. I.A.'s complete filed related to its investigation concerning Grievance 83-5-17 (the March 23, 2017 incident) of Nurse Lang's and Sgt. Harris' misconduct, including the written statement that Plaintiff provided to I.A. Officer Phelps.

3. All documents, including imaging, reports, and diagnoses related to the x-ray that was performed on Plaintiff's right shoulder on July 11, 2019.

4. Identify the medical professional that wrote the June 28, 2019 note located on WINGER WICC (MR) 0479 and produce all documents supporting and/or underlying his/her notation "S/R tore rotator cuff on 2013."

5. All documents related to any and all "Double Cuff", "Lower Bunk", and "Front Cuff" medical permits issued to Plaintiff from 2013 to the present, including, but not limited

     to Plaintiff's request, any approvals and or/ denials, and any and all documents underlying such approvals and/or denials.

6. All medical requests, commonly referred to as "kites" to see the sick call nurse related to Plaintiff's assertion that he was either experiencing chest pains and/or shortness of breath between March 1, 2017 and April 15, 2017.

7. All documents, including imaging, reports, and diagnosis related to the MRI that was performed on Plaintiff's right shoulder on June 17, 2023 and provide the reasoning and basis for which Dr. Zorian Trusewych ordered the MRI.

8. Any and all policies of liability insurance, including excess policies that provide coverage for Dr. Siddiqui, Sgt. Harris, and Nurse Lang with respect to the March 23, 2017 incident.

9. Produce the policies and procedures that were in place on March 23, 2017 at Menard Correctional Center relating to the approval of an inmate's request for a "Double Cuff" permit.

From Plaintiff's motion, it appears that the parties have reached an agreement regarding the production of most of these items (to the extent they exist). Defendants are encouraged to begin gathering and producing these documents as soon as possible. However, if Defendants have any objections to producing these items that they have not already discussed with Plaintiff's counsel, the parties should meet and confer regarding those objections on or before December 22, 2023. Any remaining objections will be heard by the Court at the January 4, 2024 status conference. The parties are reminded that all limited discovery must be completed by February 9, 2024.

**IT IS SO ORDERED.**

**DATED: December 6, 2023**

                                                  *s/ Reona J. Daly*
                                                  **Hon. Reona J. Daly**
                                                  **United States Magistrate Judge**